# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161575(19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEITRICH RAESHAWN SANDERS,
      Defendant-Appellant.
_____/

SC: 161575
COA: 352546
Macomb CC: 2015-002095-FC

On order of the Chief, the motion of defendant-appellant to exceed the page limitation for his application for leave to appeal is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 12, 2021



Clerk